ELSIE MARTIN, Respondent, *v.* FONDA, JOHNSTOWN AND GLOVERSVILLE RAILROAD COMPANY, Appellant.

(Argued April 23, 1929; decided May 28, 1929.)

*F. Law Comstock* and *Wesley H. Maider* for appellant.

*James A. Leary* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.